# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD, | No. 2:20-CV-0070-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| LINENNGER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2021, the Court granted Defendants' request for an extension of time to file a response to Plaintiff's first amended complaint. See ECF No. 23. The Court directed Defendants to file a response to the first amended complaint by January 13, 2022. See id. To date, Defendants have not filed any response to the first amended complaint. Defendants shall show cause in writing within 15 days of the date of this order why sanctions should not be imposed for failure to comply with the Court's December 1, 2021, order. See Local Rule 110.

IT IS SO ORDERED.

Dated: January 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1