IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>LINENNGER, et al.,<br><br>Defendants. | No. 2:20-CV-0070-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On December 1, 2021, the Court granted Defendants' request for an extension of time to file a response to Plaintiff's first amended complaint. See ECF No. 23. The Court directed Defendants to file a response to the first amended complaint by January 13, 2022. See id. As of January 31, 2022, Defendants had not filed any response to the first amended complaint and the Court directed Defendants to show cause in writing within 15 days why sanctions should not be imposed for failure to comply with the Court's December 1, 2022, order. See Local Rule 110; see also ECF No. 25. Defendants filed a response on February 2, 2022. See ECF No .26.

/ / /

/ / /

/ / /

1

1   The Court finds that Defendants have shown good cause for the failure to file a response to the first amended complaint within the time provided in the Court's December 1, 2021, order. Accordingly, the January 31, 2022, order to show cause is discharged. The Clerk of the Court is directed to file on the docket Defendants' proposed answer to Plaintiff's first amended complaint at Exhibit A to Defendants' response at ECF No. 26-1. The Clerk of the Court is further directed to serve a copy of Defendants' answer on Plaintiff along with a copy of this order.

IT IS SO ORDERED.

Dated:  February 4, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE