# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANSAR EL MUHAMMAD, | No. 2:20-CV-0070-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARTIN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 34, for service of subpoenas by the United States Marshal. Because Plaintiff has been granted in forma pauperis status, service by the United States Marshal is appropriate.

On the Court's own motion, the Court will extend the discovery and dispositive motion filing deadlines established in the March 23, 2022, scheduling order. Consistent with the provisions of that order, the parties will be permitted to conduct discovery until December 30, 2022. Dispositive motions will be due within 90 days after this discovery cut-off date.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request, ECF No .34, for service of subpoenas is granted;

2. The Clerk of the Court is directed to forward the completed subpoenas submitted by Plaintiff on August 16, 2022, and a copy of this order, to the United States Marshal;

3. Within 14 days from the date of this order, the United States Marshal is directed to serve the subpoenas and to file with the Court proofs of service within 30 days of service;

4. The March 23, 2022, scheduling order is modified as follows: (a) the parties may conduct discovery until December 30, 2022; (b) dispositive motions are due within 90 days after the discovery cut-off date; and

5. Plaintiff's motion, ECF No. 38, for additional time to conduct discovery is denied as unnecessary.

Dated:  September 14, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE