IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN, et al.,<br><br>Defendants. | No. 2:20-CV-0070-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's requests, ECF Nos. 39 and 41, for issuance of subpoena forms; (2) Plaintiff's motion, ECF No. 41, for an extension of time to conduct discovery; and (3) Defendants' motion, ECF No. 43, for an extension of time to respond to discovery.

       On March 23, 2022, the Court issued an initial scheduling order for this litigation. See ECF No. 32.  Pursuant to that order all discovery was to be completed by September 26, 2022. See id.  On September 9, 2022, Plaintiff requested service of subpoenas by the United States Marshal.  See ECF No. 34.  The Court granted that request, directed service by the United States Marshal, and sua sponte modified the schedule to allow the parties to conduct discovery through December 30, 2022, with dispositive motions due to be filed within 90 days thereafter. See ECF No. 40.

On September 14, 2022, and on September 21, 2022, Plaintiff again requested subpoenas. <u>See</u> ECF Nos. 39 and 41. Plaintiff also sought additional time to conduct discovery. To the extent Plaintiff seeks issuance of additional subpoena forms, that request will be denied because blank subpoenas forms have already been sent to Plaintiff, both in response to his earlier requests relating to subpoenas and in response to the current request.

As to additional time to conduct discovery, the docket reflects that Defendants also seek an extension of time relating to discovery. Specifically, on November 24, 2022, Defendants requested an extension of time to serve responses to various discovery requests served by Plaintiff. Given that all parties request modification of the schedule, the Court will do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests, ECF No. 39 and 41, for issuance of subpoenas is denied;

2. The parties' motions, ECF Nos. 41 and 43, relating to discovery scheduling are granted:

3. The parties may conduct discovery until March 6, 2023;

4. Defendants' request for an extension of time to December 20, 2022, to serve responses to Plaintiff's discovery requests is granted; and

5. All dispositive motions shall be filed within 90 days after the amended discovery cut-off date of March 6, 2023.

Dated: December 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE