IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINENNGER, et al.,<br><br>　　　　　Defendants. | No. 2:20-CV-0070-DMC-P<br><br><br>ORDER |

　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 45, to consolidate actions.

　　　　　Plaintiff seeks consolidation of the instant action with Muhammad v. Orr, et al., case no. 2:19-CV-1289-DJC-CKD-P (Orr action), and Muhammad v. Solano, et al., case no. 2:21-CV-0892-TLN-JDP-P (Solano action). Plaintiff has filed the same motion in all three cases. Defendants have filed oppositions in the Orr action and Solano action, which this Court has reviewed. Defendants have not filed an opposition in the instant action.

　　　　　Plaintiff asks that the cases be consolidated for purposes of global settlement discussions. See ECF No. 45. The Court finds that this is not a proper basis for consolidation of actions under Federal Rule of Civil Procedure 42(a). As Defendants note in the Orr action and Solano action, the three cases do not involve common questions of law or fact. Moreover,

1 consolidation is not necessary for the parties to be able to discuss a global settlement of the three
2 actions. In this regard, the Court notes that a settlement conference in the Solano action is set
3 before the undersigned on June 1, 2023, at 9:00 a.m. via Zoom.
4         Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 45, to
5 consolidate actions is denied.

7 Dated: April 28, 2023

    _____
    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

2