1
2
3
4
5
6
7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ANSAR EL MUHAMMAD,                    No.  2:20-CV-0070-DMC-P

12            Plaintiff,

13        v.                                ORDER

14    LINENNGER, et al.,

15            Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 49, for referral of the

19    case to alternate dispute resolution.

20            Plaintiff asks that the case be referred to a settlement conference.  A review of the

21    docket reflects that the matter was referred for post-screening early dispute resolution on

22    February 2, 2022, and that Defendants opted out of that process.  In his current motion, filed on

23    February 27, 2023, Plaintiff states that the case has "recently concluded summary judgment

24    proceedings."  ECF No. 49.  Plaintiff is incorrect.  No dispositive motions have been filed in this

25    case and presently before the Court are Plaintiff's motions to compel discovery and for an

26    extension of time to conduct discovery.  Given that Defendants have declined to participate in

27    post-screening alternative dispute resolution and that the posture of the case has not change since

28    Defendants opted out, the current motion is denied without prejudice to renewal following

                                            1

1  resolution of any dispositive motions.

2             IT IS SO ORDERED.

3

4  Dated:  April 28, 2023

5                                                    _____
                                                     DENNIS M. COTA
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2