# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD, | No. 2:20-CV-0070-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| LINENNGER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's motion to compel discovery responses and related filings, ECF Nos. 46, 47, 48, 51, and 52; and (2) Plaintiff's motion for modification of the scheduling order to allow additional time to conduct discovery, ECF No. 54. Defendants are directed to file responses to these motions within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  April 28, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1