IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN, et al.,<br><br>Defendants. | No. 2:20-CV-0070-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the parties' motions, ECF Nos. 54 (Plaintiff's motion) and 64 (Defendants' motion), to modify the schedule for this case. Defendants have filed a statement of non-opposition, ECF No. 62, to Plaintiff's motion. Also before the Court, and addressed separately, is Plaintiff's timely motion to compel, ECF No. 46.

        Pursuant to the most recent modification of the schedule, issued on December 9, 2022, discovery closed on March 6, 2023, and dispositive motions are due within 90 days thereafter. See ECF No. 44. In his motion for modification of the schedule, Plaintiff recites issues relating to issuance and service of subpoenas. See ECF No. 54. A review of the docket reflects that the Clerk of the Court issued Plaintiff blank subpoena forms on May 27, 2022. See ECF No. 33 (Clerk's notice in response to Plaintiff's request for subpoenas). Plaintiff submitted the subpoenas on August 16, 2022. See ECF No. 37. Thereafter, on September 14, 2022, the

1  Court directed the United States Marshal to serve the subpoenas. See ECF No. 40. The
2  subpoenas were returned unserved on September 22, 2022. See ECF No. 42.
3        During the period between May 2022 and September 22, it appears that Plaintiff
4  submitted separate requests for subpoenas. See ECF Nos. 39 and 41. Based on Plaintiff's
5  representations in the current motion to modify the schedule, Plaintiff seeks additional time
6  related to these requests for subpoenas, which have not yet been issued. See ECF No. 54. To the
7  extent Plaintiff now seeks additional to serve as yet unissued subpoenas, the Court will grant the
8  parties' motions to modify the schedule and will vacate the discovery completion and dispositive
9  motion filing deadlines, such dates to be re-set upon resolution of Plaintiff's pending motion to
10 compel, which will be addressed separately. The Court will also direct the Clerk of the Court to
11 issue Plaintiff new blank subpoena forms incident to his requests at ECF Nos. 39 and 41.
12 Because discovery closed on March 6, 2023, the Court will re-open discovery.
13       Accordingly, IT IS HEREBY ORDERED as follows:
14     1. The parties' motions to modify the schedule for this case, ECF Nos. 54 and
15 64, are granted.
16     2. The current schedule, last modified on December 9, 2022, is vacated.
17     3. Discovery is re-opened and the parties may conduct discovery.
18     4. The Clerk of the Court is directed to issue Plaintiff three (3) blank
19 subpoena forms.
20     5. Within 30 days of the date of this order, Plaintiff shall complete the
21 subpoena forms and return them to the Court with the provided Notice of Submission of
22 Documents for service by the United States Marshal.
23
24 Dated:  June 14, 2023

                     DENNIS M. COTA
                     UNITED STATES MAGISTRATE JUDGE