IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>        Plaintiff,<br><br>   v.<br><br>MARTIN, et al.,<br><br>        Defendants. | No. 2:20-CV-0070-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 75, for a 60-day extension of time to file a status report in compliance with the Court's December 19, 2023, order. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to retrieve his legal materials, which have been shipped to a different prison, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 75, is GRANTED.

2. Plaintiff shall file a status report in compliance with the Court's December 19, 2023, order within 60 days of the date of this order.

3. Defendants' status report will be due within 30 days after service of Plaintiff's status report.

Dated: January 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE