**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANSAR EL MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-0070-DAD-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a status report. See ECF No. 79.

　　　　On December 19, 2023, the Court directed the parties to file reports on the status of this case in anticipation of setting the matter for trial. See ECF No. 72. Plaintiff's status report was due within 30 days, with Defendants' status report due within 30 days thereafter. See id. On January 12, 2024, the Court granted Plaintiff a 60-day extension of time to file his status report. See ECF No. 76. As of May 8, 2024, Plaintiff had not filed a status report and the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See ECF No. 78.

///

///

In the currently pending motion for an extension of time, Plaintiff states that he was unable to file a timely status report because, between May and October 2023, he was being transferred to different institutions and he only received his property in April 2024. Good cause appearing therefor based on Plaintiff's declaration, the Court will vacate the May 8, 2024, findings and recommendations and grant Plaintiff additional time to file a status report as previously directed.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time to file a status report, ECF No. 79, is GRANTED.

2. Plaintiff shall file a status report consistent with the Court's December 19, 2023, order within 30 days of the date of this order.

3. Defendants' status report is due within 30 days after the date of service of Plaintiff's status report.

4. The findings and recommendations issued on May 8, 2024, ECF No. 78, are VACATED.

5. The Clerk of the Court is directed to forward to Plaintiff a copy of the Court's December 19, 2023, order, ECF No. 72.

Dated: June 5, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE